IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK MORGAN          PLAINTIFF

v.          CASE NO. 4:09CV00744 BSM

WILLARD PROCTOR, JR., et al          DEFENDANTS

## ORDER

Defendants in this pro se 42 U.S.C. § 1983 action have filed a motion to dismiss and answer providing their correct names (Doc. #15). The clerk shall amend the docket sheet to reflect that defendant Prosecuting Attorney's Office is "Pulaski County Prosecutor's Office"; and defendant Public Defenders Office is "Pulaski County Public Defender's Office."

IT IS SO ORDERED this 15th day of January, 2010.

                             _____
                             UNITED STATES DISTRICT JUDGE