IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DERRICK MORGAN, | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09CV00744 SWW |
| WILLARD PROCTOR, ET AL., | * | |
| Defendants. | * | |

**Order**

Pending before the Court are two motions to dismiss and a motion to compel to which plaintiff failed to respond. The Court's attention has been directed to the fact that plaintiff herein is presently proceeding *pro se*.

The plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court.[1]  Local Rule 7.2 (b) provides that within fourteen days from the date copies of a motion and supporting papers have been served on a party, he must serve and file a response to the motion with supporting authorities.  The Court hereby directs plaintiff to file a response to the motions within fourteen (14) days from the date he is served with this Order.  Failure to do so may result in dismissal of plaintiff's complaint.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 14th day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas.  In addition, said rules may be accessed from the internet website of the United States District Court for the Eastern District of Arkansas.